**DENIED and Opinion Filed August 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00613-CV**

**IN RE WILMINGTON SAVINGS FUND SOCIETY, FSB,**
**NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE FOR**
**NATIONSTAR HECM ACQUISITION TRUST 2020-1, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 22C-123**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Smith

Before the Court is relator's June 22, 2023 petition for writ of mandamus wherein relator complains that the trial court has failed to issue a writ of possession.

Entitlement to mandamus relief requires a relator to demonstrate that the trial court clearly abused its discretion and that the relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The relator bears the burden of providing the Court with a sufficient record to show it is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex.

1992) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate an entitlement to mandamus relief.

Further, we note that relator's record does not comply with the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1).

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Craig Smith/
CRAIG SMITH
JUSTICE

230613F.P05